## SIMON v. TRIANGLE MATERIALS, INC.

No. 174P92

Case below: 106 N.C.App. 39

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## SQUIRES v. SQUIRES

No. 239P92

Case below: 106 N.C.App. 232

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

## STATE v. BAKER

No. 269PA92

Case below: 106 N.C.App. 687

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1992.

## STATE v. BILLINGS

No. 536A91

Case below: 104 N.C.App. 362

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 September 1992.

## STATE v. BLAKE

No. 250P92

Case below: 106 N.C.App. 395

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.